**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 3:18 CV 00037 |
| HARPER BUILT, LLC; HARPER | ) | |
| BUILT CONSTRUCTION, LLC; R. | ) | |
| TODD INGRAM; HOLLY L. INGRAM; | ) | |
| CAPITAL CITY BANK; H.B. | ) | |
| CONCRETE CONTRACTORS, LLC; | ) | |
| WELLS PLUMBING, LLC; CAMP | ) | |
| CREEK FURNISHINGS, LLC; | ) | |
| GARCIA CONSTRUCTION & LAWN | ) | |
| SERVICE LLC; BILL YOUNG, D/B/A | ) | |
| BILL YOUNG ROOFING and | ) | |
| BOOKER T. THOMAS D/B/A | ) | |
| THOMAS INTERIOR DRYWALL | ) | |
| | ) | |
| Defendants. | ) | |

<u>**PLAINTIFF OWNERS INSURANCE COMPANY'S
DISCLOSURE STATEMENT
S.D. Ga. LR 7.1.1**</u>

The undersigned counsel of record for Plaintiff Owners Insurance Company

certifies that the following is a full and complete list of the parties in this action:

<u>**NAME**</u>                          <u>**IDENTIFICATION &
RELATIONSHIP**</u>

**Owners Insurance Company**     **Plaintiff insurer**
**Harper Built, LLC**            **Defendant insured**

| | |
|---|---|
| **Harper Built Construction, LLC** | **Defendant insured** |
| **R. Todd Ingram** | **Defendant third-party claimant** |
| **Holly L. Ingram** | **Defendant third-party claimant** |
| **Capital City Bank** | **Defendant and party to underlying lawsuit[1]** |
| **H.B. Concrete Contractors, LLC** | **Defendant and party to underlying lawsuit** |
| **Wells Plumbing, LLC** | **Defendant and party to underlying lawsuit** |
| **Camp Creek Furnishings, LLC** | **Defendant and party to underlying lawsuit** |
| **Garcia Construction & Lawn Service LLC** | **Defendant and party to underlying lawsuit** |
| **Bill Young d/b/a Bill Young Roofing** | **Defendant and party to underlying lawsuit** |
| **Booker T. Thomas d/b/a Thomas Interior Drywall** | **Defendant and party to underlying lawsuit** |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified Plaintiff:

| <u>NAME</u> | <u>IDENTIFICATION & RELATIONSHIP</u> |
|---|---|
| **Jeffrey Tasgold** | **CEO of Owners Insurance Company** |
| **Ian Ward** | **CFO of Owners Insurance Company** |
| **William F. Woodbury** | **Secretary of Owners Insurance Company** |

---

[1] The underlying lawsuit is styled <u>R. Todd Ingram and Holly L. Ingram v. Harper Built, LLC,</u> Case No. 18-CG-0228-DG, Superior Court of Laurens County, Georgia.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| NAME | IDENTIFICATION & RELATIONSHIP |
|------|-------------------------------|
| **Auto-Owners Life Insurance Company** | **Related entity of Auto-Owners Insurance Group** |
| **Home-Owners Insurance Company** | **Related entity of Auto-Owners Insurance Group** |
| **Property-Owners Insurance Company** | **Related entity of Auto-Owners Insurance Group** |
| **Southern-Owners Insurance Company** | **Related entity of Auto-Owners Insurance Group** |
| **Auto-Owners Insurance Company** | **Related entity of Auto-Owners Insurance Group** |

*[Signatures on next page]*

Respectfully submitted this _____13th___ day of August, 2018.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Mark T. Dietrichs*_____
Mark T. Dietrichs
Georgia State Bar No. 221722
*ATTORNEYS FOR PLAINTIFF,*
*OWNERS INSURANCE COMPANY*

The Peachtree - Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
mark.dietrichs@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **PLAINTIFF OWNERS INSURANCE COMPANY'S DISCLOSURE STATEMENT** via the CM/ECF System which will automatically send notification to all counsel of record as follows:

Jerry A. Lumley
Lumley & Harper, LLC
150 Surrey Lane
Macon, Georgia 31210
jlumley@humleyandharper.com
*Attorney For Defendants*
*Harper Built, LLC and*
*Harper Built Construction*

R. Matthew Shoemaker
J. Patrick Goff
Jones Cork, LLP
P.O. Box 6437
Macon, Georgia 31208-6437
patrick.goff@jonescork.com
matt.shoemaker@jonescork.com
*Attorneys For Defendant*
*Capital City Bank*

This _____13ᵗʰ_____ day of August, 2018.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Mark T. Dietrichs*
Mark T. Dietrichs
Georgia State Bar No. 221722
*ATTORNEYS FOR PLAINTIFF,*
*OWNERS INSURANCE COMPANY*

The Peachtree - Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
mark.dietrichs@swiftcurrie.com

3761785v.1