# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 NOV -6 PM 3:05
CLERK_____
SO. DIST. OF GA.

Owners Insurance Company
_____
Plaintiff

v.

Harper Built, LLC, et al.
_____
Defendant

Case No. 3:18-CV-00037-DHB-BKE

Appearing on behalf of
Plaintiff
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of November, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Melissa K. Kahren

**Business Address:** Swift, Currie, McGhee & Hiers, LLP (Firm/Business Name)

1355 Peachtree Street, N.E. (Street Address)

Suite 300 — Atlanta — GA — 30309
(Street Address con't) (City) (State) (Zip)

Mailing Address (if other than street address):

(Address Line 2) (City) (State) (Zip)

404-888-6179 — 527406
(Telephone Number w/ area code) (Georgia Bar Number)

**Email Address:** melissa.kahren@swiftcurrie.com