FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAY -1 PM 4:00

CLERK
SO. DIST OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 3:18 CV 00037 |
| HARPER BUILT, LLC; HARPER | ) | |
| BUILT CONSTRUCTION, LLC; R. | ) | |
| TODD INGRAM; HOLLY L. INGRAM; | ) | |
| CAPITAL CITY BANK; H.B. | ) | |
| CONCRETE CONTRACTORS, LLC; | ) | |
| WELLS PLUMBING, LLC; CAMP | ) | |
| CREEK FURNISHINGS, LLC; | ) | |
| GARCIA CONSTRUCTION & LAWN | ) | |
| SERVICE LLC; BILL YOUNG, D/B/A | ) | |
| BILL YOUNG ROOFING; and | ) | |
| BOOKER T. THOMAS D/B/A | ) | |
| THOMAS INTERIOR DRYWALL | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT ORDER GRANTING PLAINTIFF OWNERS INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Owners Insurance Company ("Owners") submitted a Motion for Summary Judgment (the "Motion") (doc. no. 49) in this action. In the Motion, Owners requests that the Court issue a declaration that Owners has no duty to defend or indemnify Defendants Harper Built, LLC and Harper Built Construction, LLC (collectively, the "Harper Entities") under Owners Insurance Company Policy number 102318-48359403-15 (the "Policy") with respect to the lawsuit filed by R. Todd Ingram and Holly L. Ingram (the "Ingrams"), styled *R. Todd Ingram and Holly L. Ingram v. Harper Built, LLC, et al.*, Case No. 18-CG-0228-DG, Superior Court of Laurens County, Georgia (the "Underlying Lawsuit"). Harper Built, LLC and Harper Built Construction, LLC, have consented to the Motion and to this Consent Order. Capital City Bank did not file a response to the Motion, but

-1-

does not consent to this Consent Order. The Clerk has entered default as to the remaining defendants. (See Entry of Default, Doc. No. 43.)

Having considered the Motion and other matters of the record, it is hereby **ORDERED AND ADJUDGED** as follows:

(a)    Owners' Motion for Summary Judgment (doc. no. 49) is **GRANTED**.

(b)    Owners has no duty to defend the Harper Entities under the Policy with respect to the Underlying Lawsuit;

(c)    Owners has no duty to indemnify the Harper Entities under the Policy with respect to any claims that were brought or that could have been brought in the Underlying Lawsuit;

(d)    None of the parties to the Underlying Lawsuit are entitled to any payments whatsoever under the Policy with respect to any claims that were brought or that could have been brought in the Underlying Lawsuit; and

(e)    Each party shall bear its own costs.

Having granted the Motion for Summary Judgment, it appears that all Owners' claims asserted in this matter have been resolved, even though some Defendants remain in the case. Accordingly, the parties **SHALL** advise the Court, in writing, of what claims, if any, remain in the case within thirty (30) days of the date of this Order. Failure to do so will result in the dismissal of any remaining claims in this action.

**ORDER ENTERED** at Augusta, Georgia, this _1st_ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Christy M. Maple*
Mark T. Dietrichs
Georgia Bar No. 221722
mark.dietrichs@swiftcurrie.com
Christy M. Maple
Georgia Bar No. 240807
christy.maple@swiftcurrie.com
Suite 300 The Peachtree
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 874-8800
(404) 888-6199 – Facsimile
*ATTORNEYS FOR PLAINTIFF,*
*Owners Insurance Company*

LUMLEY & HARPER, LLC

*/s/ Jerry A. Lumley*
Jerry A. Lumley
Georgia Bar. No. 460866
jlumley@humleyandharper.com
150 Surrey Lane
Macon, Georgia 31210
*ATTORNEY FOR DEFENDANTS*
*Harper Built, LLC and*
*Harper Built Construction*