# United States District Court
## Southern District of Georgia

OWNERS INSURANCE COMPANY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 318-037

HARPER BUILT, LLC, et. al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Final Judgment dated July 9, 2019, it appears all claims in this case have been resolved, the Court finds it appropriate to enter judgment. In accordance with the May 1st Consent Order, as amended by the Court's Order of June 6th, it is hereby ORDERED, ADJUGED, and DECREED that Judgment is entered in favor of Plaintiff Owners Insurance Company and against Defendants Harper Built, LLC and Harper Built Construction, LLC. Any remaining claims in this case are hereby dismissed without prejudice. This case stands closed.



07/09/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*